**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Michelle Lennette PILCHER, Defendant–Appellant.**

No. 04–40986.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Sept. 29, 2005.

**PER CURIAM:** *

Michelle Lennette Pilcher appeals from her guilty-plea conviction for possession or distribution of a listed chemical with knowledge, or reason to know, of its wrongful intended use. Pilcher argues that, in light of *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), the district court erred in sentencing her based upon facts that were not admitted by her or found by a jury. The increases in Pilcher's sentence for relevant conduct, possession of a firearm, and creating a substantial risk of harm to human life or the environment violated her Sixth Amendment right to a trial by jury, and the Government has not carried its burden of demonstrating that the errors were harmless. *See United States v. Akpan*, 407 F.3d 360, 376–77 (5th Cir.2005). Accordingly, Pilcher's sentence is VACATED, and the case is REMANDED FOR RESENTENCING.

Maureen Clancy Smith, Assistant U.S. Attorney, U.S. Attorney's Office Eastern District Of Texas, Sherman, TX, for Plaintiff–Appellee.

William J. Stith, Law Offices of William J. Stith, Plano, TX, for Defendant–Appellant.

Before SMITH, GARZA, and PRADO, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.